```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 05035
    CHARLES BERRY
    TWANNA FAYE BRYANT BERRY                    CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
             Debtor
    SSN XXX-XX-4709     SSN XXX-XX-6386

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 05/04/2006 and was confirmed 07/06/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 03/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG     14885.21            .00       14885.21
CHASE HOME FINANCE LLC    MORTGAGE ARRE     12256.51            .00        5046.08
FISHER & SHAPIRO          NOTICE ONLY       NOT FILED           .00             .00
FRANKLIN CREDIT MANAGEME  CURRENT MORTG      2370.97            .00        2370.97
FRANKLIN CREDIT MANAGEME  MORTGAGE ARRE      1086.60            .00         307.82
FRANKLIN MORTGAGE         NOTICE ONLY       NOT FILED           .00             .00
NUVELL CREDIT CO LLC      SECURED            6825.00         644.78        2979.77
NUVELL CREDIT CO LLC      UNSECURED          5993.87            .00             .00
ALARMEX SECURITY          UNSECURED         NOT FILED           .00             .00
AMERICAN ONLINE           UNSECURED         NOT FILED           .00             .00
ANDINA & IRABAGON         UNSECURED         NOT FILED           .00             .00
APPLIED CARD BANK         UNSECURED         NOT FILED           .00             .00
ARONSON FURNITURE         SPECIAL CLASS       140.00            .00             .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED           .00             .00
CALVARY PORTFOLIO         NOTICE ONLY       NOT FILED           .00             .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED           .00             .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY       NOT FILED           .00             .00
PALISADES COLLECTION LLC  NOTICE ONLY       NOT FILED           .00             .00
CAPITAL ONE               UNSECURED           742.91            .00             .00
WEST ASSET MANAGEMENT IN  NOTICE ONLY       NOT FILED           .00             .00
DIRECT TV                 UNSECURED         NOT FILED           .00             .00
FIRST NATIONAL COLL BURE  NOTICE ONLY       NOT FILED           .00             .00
NEWPORT NEWS              UNSECURED         NOT FILED           .00             .00
ENHANCED RECOVERY CORP    NOTICE ONLY       NOT FILED           .00             .00
CARDHOLDER SERVICES       NOTICE ONLY       NOT FILED           .00             .00
NURSES BOOK SOCIETY       UNSECURED         NOT FILED           .00             .00
RETRIEVAL MASTERS CRED B  NOTICE ONLY       NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED           .00             .00
CITIBANK NA               NOTICE ONLY       NOT FILED           .00             .00
ARONSON FURNITURE         SECURED NOT I      1260.00            .00             .00
TIMOTHY K LIOU            UNSECURED          2487.26            .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED           557.43            .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 05035 CHARLES BERRY & TWANNA FAYE BRYANT BERRY
```

```
PETER FRANCIS GERACI     DEBTOR ATTY    1,500.00                    1,500.00
TOM VAUGHN               TRUSTEE                                    1,600.37
DEBTOR REFUND            REFUND                                          .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    29,335.00

PRIORITY                                                .00
SECURED                                           25,589.85
   INTEREST                                          644.78
UNSECURED                                               .00
ADMINISTRATIVE                                     1,500.00
TRUSTEE COMPENSATION                               1,600.37
DEBTOR REFUND                                           .00
                          ---------------       ---------------
TOTALS                     29,335.00              29,335.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 05/26/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE